October 19, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

BRENT JUSTICE, Appellant

NO. 14-16-00153-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.